IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY P. BROWNING, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV2 |
| | ) | |
| V. | ) | |
| | ) | |
| ALEGENT HEALTH, a Nebraska non-profit corporation, | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Strike Jury Demand of Plaintiff (filing 13). The motion will be granted.

This case involves allegations that Defendant is unlawfully refusing to pay Plaintiff a supplemental life insurance benefit. Plaintiff has plead two causes of action: Count I for "Breach of Contract" under Nebraska common law, and Count II for an "ERISA Violation" under 29 U.S.C. § 1132(a)(1)(B).

Defendant requests that this court strike Plaintiff's demand for a jury trial as it relates to Count II. Defendant argues that there is no right to a jury trial on an ERISA claim. Defendant is correct. The Eighth Circuit has concluded that there is no right to a jury trial on claims under ERISA *In re Vorpahl*, 695 F.2d 318, 321 (8th Cir. 1982); *Houghton v. SIPCO, Inc.*, 38 F.3d 953 (8th Cir. 1994).

Accordingly,

**IT IS ORDERED:**

1.  Defendant's Motion to Strike Jury Demand of Plaintiff (filing 13) is granted;

2.  Plaintiff's demand for a jury trial on Count II of her complaint (ERISA

Violation) is denied and hereby stricken.  Plaintiff retains a right to jury trial on her breach of contract claim.

**DATED June 27, 2011.**

                            **BY THE COURT:**

                            **S/ F.A. Gossett**
                            **United States Magistrate Judge**