## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARY P. BROWNING,** | ) | **CASE NO. 8:11CV2** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER AND** |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **ALEGENT HEALTH,** | ) | |
| a Nebraska non-profit corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 24). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 24) is approved;

2. The Complaint and all of the Plaintiff's claims against the Defendant are dismissed, with prejudice; and

3. Each party shall pay its own costs and attorney's fees.

Dated this 28th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge